IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC FLORES,                   )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:15cv760-MHT
                               )          (WO)
UNITED STATES ATTORNEY         )
GENERAL, et al.,               )
                               )
    Defendants.                )
```

OPINION

Plaintiff, a state inmate, filed this lawsuit asserting disjointed and fanciful complaints. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of November, 2015.

                                              _ /s/ Myron H. Thompson_
                                      UNITED STATES DISTRICT JUDGE